UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 7 |
| SUSANA GARCIA, | : | Case No. 26-22463 (SHL) |
| | : | |
| Debtor(s). | : | |

**STIPULATION AND ORDER**
**EXTENDING TRUSTEE'S AND UNITED STATES**
**TRUSTEE'S TIME TO OBJECT TO THE DEBTOR'S DISCHARGE,**
**EXEMPTIONS AND/OR FILE MOTION UNDER 11 U.S.C. § 707(b)**

IT IS HEREBY STIPULATED AND AGREED by and among the Debtor, the Trustee and the United States Trustee as follows:

1. The time period within which the Trustee and the United States Trustee may object to the Debtor's discharge pursuant to 11 U.S.C. § 727; and/or object to exemptions pursuant to Federal Rule of Bankruptcy Procedure 4003(b); and/or the United States Trustee's time to file a motion pursuant to 11 U.S.C. § 707(b) be and are hereby extended to and including December 23, 2026 without prejudice to any further extension of time that the United States Trustee or the Trustee may seek.

2. This stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument, and facsimile and scanned signatures herein shall be deemed to be original signatures.

3. The parties hereto consent to the entry of the stipulation as an order in this Chapter 7 case.

Dated: Port Chester, New York
September 16, 2026

DEBTOR/ATTORNEY FOR DEBTOR
By:

/s/ Jose O. Castaneda
Name: Jose O. Castaneda, Esq.
219 Westchester Avenue, 2nd Floor
Port Chester, New York 10573
Tel: 914.939.8594

Dated: New York, New York
September 16, 2026

HOWARD P. MAGALIFF,
Chapter 7 Trustee
By:

/s/ Howard P. Magaliff
437 Madison Avenue, 24th Floor
New York, NY 10022
Tel: 646.453.7851
Email: *trustee@r3mlaw.com*

Dated: New York, New York
September 17, 2026

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE
By:

/s/ Shara Cornell
Shara Cornell, Trial Attorney
Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408
Tel: 212.510.0500

SO ORDERED this ________

day of ______________, 2026

___________________________________
SEAN H. LANE
UNITED STATES CHIEF BANKRUPTCY JUDGE